Peter S. Partee, Sr.
Richard P. Norton
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Counsel to Comerica Bank*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| USA UNITED FLEET, INC., et al., | Case No. 11-45867 |
| Debtors. | Joint Administration Pending |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for and on behalf of Comerica Bank ("Comerica") pursuant to section 1109(b) of title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that Comerica hereby request that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address, telephone number and facsimile number indicated:

**HUNTON & WILLIAMS LLP**
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

Attn: Peter S. Partee, Sr., Esq.
Email: ppartee@hunton.com

Attn: Richard P. Norton, Esq.
Email: rnorton@hunton.com

Attn: Robert A. Rich, Esq.
Email: rrich2@hunton.com

- and -

**BODMAN PLC**
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
Telephone: (313) 259-7777
Facsimile: (313) 393-7579

Attn: Robert J. Diehl, Jr., Esq.
Email: rdiehl@bodmanlaw.com

Attn: Gregory M. Ryan, Esq.
Email gryan@bodmanlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-captioned proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, e-mail, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Comerica intends that neither this *Notice of Appearance and Request for Service of All Pleadings and Documents* nor any later appearance, pleading, claim or suit shall waive (i) Comerica's right to have final orders in non-core matters

entered only after <u>de</u> <u>novo</u> review by a higher court, (ii) Comerica's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this proceeding, (iii) Comerica's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) Comerica's right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which Comerica is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Eastern District of New York over Comerica, all of which rights, claims, actions, defense, setoffs, and recoupments Comerica expressly reserves.

Dated: New York, New York
      July 8, 2011                              **HUNTON & WILLIAMS LLP**

                                           */s/ Richard P. Norton*
                                           Peter S. Partee, Sr.
                                           Richard P. Norton
                                           Robert A. Rich
                                           200 Park Avenue, 53rd Floor
                                           New York, New York 10166-0136
                                           (212) 309-1000

                                           *Counsel to Comerica Bank*