**EXHIBIT 3**

**Nolan, Dennis J.**

**From:** Duffy, Todd E.
**Sent:** Tuesday, July 12, 2011 4:24 PM
**To:** Nolan, Dennis J.
**Subject:** FW:

-----Original Message-----
**From:** WILLIAM MORAN [mailto:northeast.transit@gmail.com]
**Sent:** Monday, July 11, 2011 8:01 PM
**To:** Duffy, Todd E.
**Subject:** Fwd:

---------- Forwarded message ----------
From: **Parker Everett** <eparker@schools.nyc.gov>
Date: Tue, Jul 5, 2011 at 3:22 PM
Subject:
To: WILLIAM MORAN <northeast.transit@gmail.com>
Cc: DAmato Lisa <LDAMATO@schools.nyc.gov>

Hi Bill,

Please be advised of the following information and/or documentation that is required prior to the United Assignment(s) taking effect:

- In order for an employee to be removed from the United roster they require a Notification of Employment Action Form (or LIDAS). In the area on the LIDAS referred to as "Reason for Employment Action", please indicate the new company the employee will be working for and that it is due to an assignment. Submit separate packets for each Northeast company.

- Please submit (electronically) the vehicles (bus numbers only) that will be listed under each respective Northeast Company. This will allow us to quickly switch the vehicles in the "Vehicle System" to the appropriate company.

- Immediately obtain the summer left/right turn sheets from the respective United companies; and notify me once this is complete.

- Immediately obtain the summer "Emergency" contact cards from the respective United companies; and notify me once this is complete. Please provide each driver with "blank" emergency contact cards for obtaining updated information where necessary.

- Please be advised that the name changes on the buses needs to be in place for July 18th.

Thank you

--
William Moran
President / CEO
Northeast Transit, Inc.
Northeast Buses, Inc.
Northern Transit, Inc.

--
William Moran
President / CEO
Northeast Transit, Inc.
Northeast Buses, Inc.
Northern Transit, Inc.

**Nolan, Dennis J.**

From: Duffy, Todd E.
Sent: Tuesday, July 12, 2011 4:24 PM
To: Nolan, Dennis J.
Subject: FW: Vehicle List

-----Original Message-----
**From:** William Moran [mailto:northeast.transit@gmail.com]
**Sent:** Tuesday, July 12, 2011 2:44 PM
**To:** Duffy, Todd E.
**Subject:** Fwd: Vehicle List

Sent from my iPhone

Begin forwarded message:

> **From:** "Parker Everett" <eparker@schools.nyc.gov>
> **Date:** July 12, 2011 1:27:04 PM EDT
> **To:** "WILLIAM MORAN" <northeast.transit@gmail.com>
> **Cc:** "DAmato Lisa" <LDAMATO@schools.nyc.gov>
> **Subject: RE: FW: Vehicle List**
>
> Bill
>
> Please provide the following items immediately:

1. An updated Escort Service Guaranty Bond for the various Northeast Companies. You stated in an email on July 8th (see below) that we would receive the bonds by Monday, July, 11. It is now July 12th and we still do not have them.

2. An updated Performance Security for the various Northeast Companies.

3. Copies of all the summer left-right turn sheets

   Please respond to the items mentioned below:

1. Are the student "Emergency" contact cards from the respective "United Companies" in your possession?

2. Is the name change on the vehicles not being used for summer work, complete?

   Outlined below are the driver/escorts and vehicles registered in each of the respective United and Northeast companies thus far.

| NORTHERN & NORTHEAST COMPANIES | | ACTIVE EMPLOYEES | | | ACTIVE VEHICLES |
|---|---|---|---|---|---|
| Vendor Id | Vendor Name | Drivers | Escorts | Driver & Escort | |
| ND | NORTHEAST BUSES INC | 141 | 157 | 0 | 157 |
| NE | NORTHEAST TRANSIT INC | 269 | 283 | 18 | 267 |
| NT | NORTHERN TRANSIT INC | 31 | 20 | 0 | 32 |

| UNITED COMPANIES | | ACTIVE EMPLOYEES | | | ACTIVE VEHICLES |
|---|---|---|---|---|---|
| Vendor Id | Vendor Name | Drivers | Escorts | Driver & Escort | |
| TU | UNITED TOM TOM | 21 | 10 | 0 | 5 |

| BX | USA UNITED BUS EXPRESS, INC. | 1 | 1 | 0 | 15 |
| US | USA UNITED FLEET | 17 | 34 | 9 | 62 |
| TD | USA UNITED TRANSIT | 49 | 43 | 6 | 38 |

**From:** WILLIAM MORAN [mailto:northeast.transit@gmail.com]
**Sent:** Friday, July 08, 2011 11:16 AM
**To:** Parker Everett
**Subject:** Re: FW: Vehicle List

Everett,

Yes, the bonds will be provided on Monday.

Thank you.

Bill

On Fri, Jul 8, 2011 at 10:14 AM, Parker Everett <eparker@schools.nyc.gov> wrote:

??

**From:** Parker Everett
**Sent:** Thursday, July 07, 2011 3:04 PM
**To:** 'William Moran'
**Subject:** FW: Vehicle List

See below

**From:** William Moran [mailto:northeast.transit@gmail.com]
**Sent:** Thursday, July 07, 2011 1:38 PM
**To:** Parker Everett
**Subject:** Re: Vehicle List

Everett,

I just left you a message, stating the same below.

Please be advised of the following:

The LIDAS forms will be delivered tomorrow morning around 9:00 am (I hope it's all of them including the ones that are working-We will wait until the 15th COB to transfer those employees)

Northeast is already in possession of the Left / Right sheets and the Emergency Contact cards for the routes that have started already. There are several routes that have yet to start. When they commence, I will immediately obtain their Emerg Contact Cards (this information needs to be obtained prior to the start)

I understand my office has also forwarded the bus list for the vehicles operating this summer. (there are vehicles on the list that are being leased from other companies should they be transferred as well?)

I have also obtained all run documentation to the same extent.

I have advised my staff to start the relettering of the vehicles in the manner and extent we discussed yesterday. (Let me know when the non-summer vehicles have been lettered)

Guaranty bond: I assume you reference the Escort Bond. I will get this renewed. It is not normally requested to be delivered until August (Yes, it is the Escort Bond- I need this immediately)

I also assume the amount would represent the amount of the bond letters provided to United. (Yes)

I have contacted my broker to obtain this already

Please advise if you have further questions

I am in Florida but can perform much remotely

Thank you

Bill


Sent from my iPhone


On Jul 7, 2011, at 8:10 AM, "Parker Everett" <eparker@schools.nyc.gov> wrote:

> Please call (718) 707-4363 me regarding:
>
> 1. Vehicle listing minus 72 summer vehicles
>
> 2. LIDAS forms
>
> 3. Updated Guaranty Bond
>
> 4. Name change on buses
>
> 5. Dry Run documentation
>
> 6. Emergency Card contact information
>
> 7. Left & Right turn sheet
>
> ---
>
> **From:** William Moran [mailto:northeast.transit@gmail.com]
> **Sent:** Wednesday, July 06, 2011 4:12 PM
> **To:** Parker Everett
> **Subject:** Re: Vehicle List
>
> I'm sorry I missed that part
>
> I am having it broken down and forwarded to you
>
> The vehicles are included in the list
>
> Thank you
>
> Bill
>
> Sent from my iPhone
>
>
> On Jul 6, 2011, at 4:01 PM, "Parker Everett" <eparker@schools.nyc.gov> wrote:
>
>> Hi bill
>>
>> You left out the 72 United buses that are being used for the summer, correct??
>>
>> ---
>>
>> **From:** William Moran [mailto:northeast.transit@gmail.com]
>> **Sent:** Wednesday, July 06, 2011 2:46 PM
>> **To:** Parker Everett
>> **Subject:** Fwd: Vehicle List
>>
>> Here is the vehicle list for the Northeast Companies as requested

Thank you

Bill
Sent from my iPhone

Begin forwarded message:

> **From:** shorefleet44@aol.com
> **Date:** July 6, 2011 2:25:31 PM EDT
> **To:** northeast.transit@gmail.com
> **Subject: Vehicle List**
>
> Bill,
>
> Here is the vehicle list for the Bus Companies.

--

William Moran
President / CEO

Northeast Transit, Inc.

Northeast Buses, Inc.

Northern Transit, Inc.