Tracy Hope Davis
United States Trustee for Region 2
Office of the United States Trustee
271 Cadman Plaza East, Room 4529
Brooklyn, New York 11201
Telephone: (718) 422-4960
William E. Curtin (WC-1974)

UNITED STATES BANKRUPTCY COURT    **Hearing Date: TBD**
EASTERN DISTRICT OF NEW YORK    **Hearing Time: TBD**

---------------------------------------------------------X
In re    Case No. 11-45867 (JF)

USA UNITED FLEET INC.,
a/k/a SHORELINE FLEET, INC.    Chapter 11

    Debtor.
---------------------------------------------------------X
In re    Case No. 11-45868 (JF)

USA UNITED HOLDINGS INC.,
a/k/a SHORELINE MERGE, INC.    Chapter 11

    Debtor.
---------------------------------------------------------X
In re    Case No. 11-45869 (JF)

UNITED FLEET INC.,    Chapter 11

    Debtor.
---------------------------------------------------------X
In re    Case No. 11-45872 (JF)

UNITED TOM TOM TRANSPORTATION
INC., a/k/a SHORELINE BUSES, INC.    Chapter 11

    Debtor.
---------------------------------------------------------X
In re    Case No. 11-45873 (JF)

USA UNITED BUS EXPRESS INC.,
a/k/a SHORELINE BUS EXPRESS, INC.    Chapter 11

    Debtor.
---------------------------------------------------------X

```
---------------------------------------------------------X
In re                                                      Case No. 11-45875 (JF)

USA UNITED TRANSIT INC.,
A/k/a SHORELINE PUPIL TRANSIT, INC.                        Chapter 11

              Debtor.
---------------------------------------------------------X
In re                                                      Case No. 11-45876 (JF)

TOM TOM ESCORTS ONLY, INC.,                                Chapter 11

              Debtor.
---------------------------------------------------------X
In re                                                      Case No. 11-45877 (JF)

SHORELINE TRANSIT INC.,                                    Chapter 11

              Debtor.
---------------------------------------------------------X
```

PLEASE TAKE NOTICE that upon the within motion and concurrently filed memorandum of law and declaration, Tracy Hope Davis, the United States Trustee for the Eastern District of New York (the "United States Trustee") will move before the Honorable Jerome Feller, United States Bankruptcy Judge, in the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, **at a date and time to be determined,** or as soon thereafter as counsel can be heard, for entry of an order directing conversion of this case to chapter 7 and for such other and further relief as this Court may deem just and proper.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order converting these cases to chapter 7 or grant such other relief as the Court deems just, fair, and equitable.

Dated: Brooklyn, New York
      July 20, 2011

                                        TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE
                                        FOR REGION 2

                         By:    */s/ William E. Curtin*
                                William E. Curtin (WC-1974)
                                Trial Attorney
                                271 Cadman Plaza East, Suite 4529
                                Brooklyn, New York 11201
                                718-422-4960