UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                               Case No. 11-45867 (JF)

USA UNITED FLEET INC.,
a/k/a SHORELINE FLEET, INC.                         Chapter 11

        Debtor.
-------------------------------------------------------X
In re                                               Case No. 11-45868 (JF)

USA UNITED HOLDINGS INC.,
a/k/a SHORELINE MERGE, INC.                         Chapter 11

        Debtor.
-------------------------------------------------------X
In re                                               Case No. 11-45869 (JF)

UNITED FLEET INC.,                                  Chapter 11

        Debtor.
-------------------------------------------------------X
In re                                               Case No. 11-45872 (JF)

UNITED TOM TOM TRANSPORTATION
INC., a/k/a SHORELINE BUSES, INC.                   Chapter 11

        Debtor.
-------------------------------------------------------X
In re                                               Case No. 11-45873 (JF)

USA UNITED BUS EXPRESS INC.,
a/k/a SHORELINE BUS EXPRESS, INC.                   Chapter 11

        Debtor.
-------------------------------------------------------X
In re                                               Case No. 11-45875 (JF)

USA UNITED TRANSIT INC.,
A/k/a SHORELINE PUPIL TRANSIT, INC.                 Chapter 11

        Debtor.
-------------------------------------------------------X

Case 1-11-45867-jf    Doc 45    Filed 07/29/11    Entered 07/29/11 13:32:47

---------------------------------------------------------X
In re                                                    Case No. 11-45876 (JF)

TOM TOM ESCORTS ONLY, INC.,                              Chapter 11

                Debtor.
---------------------------------------------------------X
In re                                                    Case No. 11-45877 (JF)

SHORELINE TRANSIT INC.,                                  Chapter 11

                Debtor.
---------------------------------------------------------X

## ORDER CONVERTING CASES FROM A CASE UNDER CHAPTER 11 TO A CASE UNDER CHAPTER 7

Upon the motions of Tracy Hope Davis, United States Trustee for Region 2, filed on July 20, 2011 to convert these cases (the "Motions"), pursuant to 11 U.S.C. § 1112(b), upon the Orders of this Court scheduling a hearing on the Motions for July 29, 2011 (the "Scheduling Orders"), upon the hearing held before this Court on July 29, 2011 in which the Court denied the Debtor's request for an adjournment, and it appearing that appropriate notice has been given, and the Debtors, or any other party in interest, having failed to file any written opposition to the Motions as required by the Scheduling Order and E.D.N.Y. LBR 9013-1(b), and the Court having found ample cause existing for the relief requested, including gross mismanagement, the inability to effectuate a plan of reorganization and the inability of the Debtors to shoulder their fiduciary duty as debtors-in-possession, and the Court having found the compelling need for disinterested stewardship in these cases and upon the Court's oral ruling from the bench, it is hereby

ORDERED, that the above-captioned cases, each commenced under chapter 11 of the Bankruptcy Code, be and hereby is converted to a case under chapter 7 pursuant to 11 U.S.C. §

1112(b); and it is further

ORDERED, that the Debtors shall file (i) a schedule of unpaid debts incurred after the commencement of the chapter 11 case within 15 days of the date of this order, and (ii) a final report within 30 days of the date of this order, pursuant to Fed. R. Bankr. P. 1019(5).

Dated: Brooklyn, New York
       July 29, 2011

                                  s/Jerome Feller
                                HONORABLE JEROME FELLER
                                UNITED STATES BANKRUPTCY JUDGE