UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    Chapter 11

OTR MEDIA GROUP INC.,                                     Case No. 1-11-47385 (ESS)

                              Debtor.
------------------------------------------------------------X

## ORDER GRANTING APPLICATION OF
## WHITEMAN OSTERMAN & HANNA LLP FOR ALLOWANCE OF COMPENSATION
## FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF
## ACTUAL AND NECESSARY EXPENSES INCURRED PURSUANT TO
## 11 U.S.C. §§330 AND 331 AS DEBTOR'S SPECIAL COUNSEL

**UPON** the application (the "Application") filed on April 18, 2013 by Whiteman Osterman & Hanna LLP ("WOH"), special counsel for OTR Media Group Inc., the debtor and debtor-in-possession (the "Debtor"), seeking final allowance of compensation for professional services rendered and the reimbursement of expenses pursuant to sections 328, 330 and 331 of title 11 of the United States Code ~~(the "Bankruptcy Code")~~ and Rule 2016 of the Federal Rules of Bankruptcy Procedure, as supplemented by the Local Bankruptcy Rules; and it appearing that proper and adequate notice of the Application has been given to all parties in interest and creditors and that no other or further notice is necessary; ***and a hearing having been held on May 9, 2013, and no opposition having been heard;*** and good and sufficient cause appearing thereof, it is hereby

**ORDERED**, that WOH is granted an allowance of final fees in the amount of $18,362.38, the sum that is 100% of the total fees sought in the Application, and $120.60, the sum that is 100% of the total expenses sought in the Application, covering the period between March 13, 2012 and September 13, 2012; and it is further

**ORDERED**, that, the Debtor is hereby authorized and directed to pay WOH the total amount of $18,362.38 for unpaid fees and $120.60 for reimbursement of expenses.



Dated: Brooklyn, New York
      June 7, 2013

**Elizabeth S. Stong**
**United States Bankruptcy Judge**