# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW
111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021

(516) 393-2200
FAX (516) 466-5964

JULY 15, 2014

INTERFAITH MEDICAL CENTER
ATTN: ACCOUNTS PAYABLE
1545 ATLANTIC AVENUE
BROOKLYN, NY 11213

RE:   POST PETITION FEE APPLICATION
      CLIENT/MATTER NO. 00151-1045/266         INVOICE NO.   275591

===================================================================
                                          TAX I.D. # 11-2526447

FOR PROFESSIONAL SERVICES RENDERED FROM JUNE 20, 2014

THROUGH JUNE 30, 2014

                        TOTAL FEES      $1,189.00

                        TOTAL BILL      $1,189.00

# GARFUNKEL WILD, P.C.

ATTORNEYS AT LAW
111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021

(516) 393-2200
FAX (516) 466-5964

JULY 15, 2014

INTERFAITH MEDICAL CENTER
ATTN: ACCOUNTS PAYABLE
1545 ATLANTIC AVENUE
BROOKLYN, NY 11213

RE:  POST PETITION FEE APPLICATION
     CLIENT/MATTER NO. 00151-1045/266          INVOICE NO.  275591

================================================================================

FOR PROFESSIONAL SERVICES RENDERED:

| Date | TK | Description | Hours |
|---|---|---|---|
| 06/23/14 | BSW | REVIEW FEE APPLICATION | .40 |
| 06/24/14 | EHH | START DRAFTING THIRD AND FINAL FEE APPLICATION. | 2.00 |
| 06/26/14 | EHH | CONTINUE DRAFTING FINAL FEE APPLICATION. | 1.50 |
| 06/30/14 | EHH | CONTINUE DRAFTING FINAL FEE APPLICATION. | 1.50 |

                              TOTAL FEES      $1,189.00


\*------------------------------TIME AND FEE SUMMARY---------------------\*
\*----------TIMEKEEPER---------\*     RATE    HOURS           FEES
Burton S. Weston                    535.00    .40          214.00
Ellen H. Huggler                    195.00   5.00          975.00
                 TOTALS                      5.40         1189.00



                              TOTAL BILL      $1,189.00

# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW
111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021

(516) 393-2200
FAX (516) 466-5964

AUGUST 1, 2014

INTERFAITH MEDICAL CENTER
ATTN: ACCOUNTS PAYABLE
1545 ATLANTIC AVENUE
BROOKLYN, NY 11213

RE: POST PETITION FEE APPLICATION
    CLIENT/MATTER NO. 00151-1045/266         INVOICE NO. 276830

================================================================================
TAX I.D. # 11-2526447

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2014

PAYMENT DUE UPON RECEIPT

             TOTAL FEES      $4,378.50

             TOTAL BILL      $4,378.50

# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW
111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021

(516) 393-2200
FAX (516) 466-5964

AUGUST 1, 2014

INTERFAITH MEDICAL CENTER
ATTN: ACCOUNTS PAYABLE
1545 ATLANTIC AVENUE
BROOKLYN, NY 11213

RE:   POST PETITION FEE APPLICATION
      CLIENT/MATTER NO. 00151-1045/266          INVOICE NO. 276830

===============================================================================

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2014

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/09/14 | EHH | REVISE NARRATIVE AND EXHIBITS TO FINAL FEE APPLICATION. | 1.00 |
| 07/10/14 | EHH | CONTINUE REVISING FINAL FEE APPLICATION. | 1.20 |
| 07/11/14 | AAS | COORDINATE PREPARATION OF FINAL FEE APPLICATION WITH E. HUGGLER | .20 |
| 07/11/14 | EHH | CONTINUE REVISING FINAL FEE APPLICATION. | 1.00 |
| 07/14/14 | AAS | REVIEW OF INVOICES FOR FINAL COMPENSATION PERIOD AND DISCUSSION OF FINAL FEE APPLICATION AND PREPARATION OF TIMELINE WITH E. HUGGLER (1.2) COMMENCE DRAFTING FINAL FEE APPLICATION (.7) | 1.90 |
| 07/15/14 | AAS | CONTINUE DRAFTING FINAL FEE APPLICATION (2.3) EDIT AND REVISE DRAFT APPLICATION (.8) | 3.10 |
| 07/15/14 | EHH | REVIEW TIME ENTRIES FOR THE MONTH OF JUNE (0.6); REVISE EXHIBITS AND NARRATIVE TO FINAL FEE APPLICATION (1.0) | 1.60 |
| 07/16/14 | EHH | CONTINUED WORK RE: FINAL FEE APPLICATION. | 1.30 |
| 07/17/14 | BDK | REVIEWED FINAL FEE APPLICATION AND COMMENTS TO AFSHEEN SHAH. (.2) | .20 |

## GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW
111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021

(516) 393-2200
FAX (516) 466-5964

```
INTERFAITH MEDICAL CENTER                    Aug  1, 2014      PAGE    2
FILE NUMBER: 00151-1045
INVOICE NO.:  276830


07/17/14 AAS  CONTINUED WORK ON FEE APPLICATION (.4) , FOLLOW      .70
              UP EMAILS AND PHONE CALL REGARDING FINAL FEE
              APPLICATION WITH J. EISEN AND E. HUGGLER ,
              COORDINATE OPEN FEE AMOUNT ITEMS WITH E.
              HUGGLER (.3)

07/18/14 AAS  FURTHER REVISIONS TO FINAL FEE APPLICATION           .30
              BASED ON B. KNOTHE COMMENT AND COORDINATE
              FILING AND SERVICE WITH E. HUGGLER

07/18/14 EHH  FINALIZE FEE APPLICATION (.6); PREPARE LETTER        .80
              TO JUDGE IN REGARD TO SAME (.2).

07/21/14 EHH  FILE FINAL FEE APPLICATION (0.3); PREPARE           1.00
              LETTER TO JUDGE IN REGARD TO SAME (0.2); SEND
              TO ALL INTERESTED PARTIES (0.2); PREPARE
              AFFIDAVIT OF SERVICE, FILE SAME (0.3).

07/25/14 EHH  REVIEW ORDER EXTENDING DEADLINE TO OBJECT TO         .20
              FEE CLAIMS AND ADJOURNING HEARING; CALENDAR
              SAME.

07/28/14 EHH  REVIEW ORDER IN REGARD TO FEE CLAIMS.                .20



                           TOTAL FEES         $4,378.50


*-------------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*      RATE    HOURS           FEES
Barbara D. Knothe                   470.00     .20          94.00
Afsheen A. Shah                     430.00    6.20        2666.00
Ellen H. Huggler                    195.00    8.30        1618.50
                        TOTALS                14.70        4378.50




                           TOTAL BILL         $4,378.50
```